UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Julian J. Alexander,

Plaintiff

v.

Haylee Alvey, et al.,

Defendants

Case No. 2:25-cv-01981-CDS-DJA

**Order Accepting the Magistrate Judge's Report and Recommendation, Denying as Moot Plaintiff's Motion to Proceed in Forma Pauperis and Motion to Transfer**

[ECF Nos. 9, 10, 11]

Pro se plaintiff Julian Alexander initiated this case on October 15, 2025. Compl., ECF No. 1-1. On December 3, 2025, U.S. Magistrate Judge Daniel J. Albregts denied Alexander's motion to proceed *in forma pauperis* (IFP) without prejudice because it was missing information. ECF No. 3. In that order, Judge Albregts gave the plaintiff until January 5, 2026, to file an updated IFP application or pay the filing fees. *Id.* at 3. That deadline passed without Alexander filing an updated IFP, paying the filing fee, or otherwise responding to the court's order. On March 16, 2026, I issued an order to show cause why this case should not be dismissed for failing to comply with the court's order. ECF No. 4. Alexander then filed another IFP, ECF No. 5, and I discharged the order to show cause, ECF No. 6.

After reviewing Alexander's second IFP application, Judge Albregts denied it without prejudice because the application remained incomplete. ECF No. 7. Judge Albregts allowed Alexander one last opportunity to either pay the filing fees or to file a long form application, rather than the short form. *Id.* at 1, 4. Alexander filed a third IFP application on May 18, 2026, ECF No. 8, which failed to comply with the court's order. So Judge Albregts issued an order and report and recommendation (R&R) that this case be dismissed without prejudice because Alexander had not complied with the court's order to file a complete application. *See* R&R, ECF No. 9.

Alexander had fourteen days—until June 3, 2026—to file any specific, written objections to the magistrate judge's findings and recommendation. *Id.* (citing Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). However, Alexander neither objected to the R&R nor requested more time to do so.[1]

Although "[n]o review is required of a magistrate judge's report and recommendation unless objections are filed,"[2] I nonetheless reviewed the magistrate judge's findings and agree with the recommendation that Alexander's action be dismissed without prejudice. Alexander failed to comply with multiple court orders requiring him to file a completed IFP application. Accordingly, I adopt the magistrate judge's findings and accept the R&R in full.

## Conclusion

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 9] is accepted and adopted in full**; therefore, this case is dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiff's motion to proceed in forma pauperis **[ECF No. 10]** and motion to transfer venue **[ECF No. 11] are DENIED as moot.**

The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: July 27, 2026

Cristina D. Silva
United States District Judge

[1] Alexander filed another short form application (ECF No. 10) and a motion to transfer venue to the District of Arizona (ECF No. 11). I do not construe these as objections. Because the court accepts the R&R and dismisses the case, Alexander's IFP application and motion to transfer are denied as moot.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).